# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 17-16763-ELF

ROBERT  J WALDRON JR

825 SUNNYSIDE AVENUE

NORRISTOWN, PA 19403

        Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERT  J WALDRON JR

    825 SUNNYSIDE AVENUE

    NORRISTOWN, PA 19403

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

                       /S/ William C. Miller

Date: 1/11/2018                _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee