*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Waldron, Jr.
    Debtor(s)

Case No: 17–16763–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay First, Second & Third Installment in the total amount of $225.00

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 2/6/18

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 23, 2018

31
Form 175