# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 17-16763-ELF

ROBERT J WALDRON JR

825 SUNNYSIDE AVENUE

NORRISTOWN, PA 19403

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT J WALDRON JR

    825 SUNNYSIDE AVENUE

    NORRISTOWN, PA 19403

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

                                              /S/ William C. Miller

Date: 2/12/2018                                       _____

                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee