| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Robert** _First Name_ | **J.** _Middle Name_    **Waldron, Jr.** _Last Name_ |
| Debtor 2 (Spouse, if filing) | _First Name_ | _Middle Name_    _Last Name_ |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **17-16763** | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br/><br/>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br/><br/>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br/>**825 Sunnyside Avenue, Norristown, PA 19403**<br/>**$474,436.00 (minus 10% closing costs)= $426,992.40**<br/><br/>**(Owns w/ wife as tenancy by the Enitirety)**<br/>Line from *Schedule A/B*: __1.1__ | $426,992.40 | ☑ $80,046.47<br/>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3)(B) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Official Form 106C                              **Schedule C: The Property You Claim as Exempt**                              page 1

Debtor 1  **Robert J. Waldron, Jr.**  Case number (if known) **17-16763**

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**3245 Bay Avenue, Ocean City, NJ 08226 $375,793 (minus 10% closing Costs) = $337,673.70**<br><br>**(Debtor and his wife own 40% of this property as Tenants by the Entirety)**<br>Line from *Schedule A/B*: __1.2__ | $135,285.48 | ☑ $89,929.66<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Orange Lake Resort (TimeShare) Debtor and spouse have points entitling them to One week per year**<br><br>**(owned as Tenants by the Entirety)**<br>Line from *Schedule A/B*: __1.3__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Orange Lake Resort Blvd, Orlando Florida Debtor and spouse have points entitling them to One week per year**<br><br>**(Owned as Tenants by the Entirerty)**<br>Line from *Schedule A/B*: __1.4__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**2006 Volvo XC90 (approx. 157000 miles)**<br><br>**(owned as Tenants by the Entirerty)**<br>Line from *Schedule A/B*: __3.1__ | $3,675.00 | ☑ $3,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**2006 Chevy C (approx. 193000 miles)**<br>Line from *Schedule A/B*: __3.2__ | $1,674.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**2006 Chrysler Pacifica (approx. 155000 miles)**<br><br>**(owned as Tenants by the Entirerty)**<br>Line from *Schedule A/B*: __3.3__ | $1,350.00 | ☑ $1,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Household Good and Furniture (17 Years Old)**<br>Line from *Schedule A/B*: __6__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Debtor 1  **Robert J. Waldron, Jr.**                                    Case number (if known)  **17-16763**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**TV, Computer**<br>Line from *Schedule A/B*: __7__ | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Smart Phone**<br>Line from *Schedule A/B*: __7__ | $150.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**Men's Clothing and accessories**<br>Line from *Schedule A/B*: __11__ | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1), (2) |
| Brief description:<br>**Wells Fargo Bank Business Checking accounts**<br> **Business Choice Checking- 2119**<br> **Platinum Business Checking-2093**<br> **Additional Platinum Checking- 2101**<br>Line from *Schedule A/B*: __17.1__ | $4,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**Police and Fire Federal Credit Union Checking account (5601)**<br><br>**(Joint Account owned as Tenants by the Entirety)**<br>Line from *Schedule A/B*: __17.2__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |