# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| | : | |
| **Robert J. Waldron, Jr.** | : | Bankruptcy No. 17-16763-elf |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Application for Compensation and Notice thereof (Doc # 54 & 55, filed on 4/25/2018).

                                                                                 Respectfully submitted,

DATE: May 30, 2018                         /s/ Brandon Perloff, Esq
                                                                           Brandon Perloff, Esquire
                                                                              Attorney for the Debtor
                                                                             1429 Walnut Street, Suite 701
                                                                             Philadelphia, PA 19102
                                                                             267-457-5570