# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| **Robert J. Waldron, Jr.** : | Chapter 13 |
|     Debtor : | |
| : | Bankruptcy No. 17-16763-ELF |
| **Robert J. Waldron, Jr.** : | |
|     Movant : | Motion to Avoid Judicial Lien |
| : | |
| **v.** : | |
| : | |
| **Unifund CCR, LLC** : | |
|     Respondent : | |
| : | |
| **William C. Miller, Esq.** : | |
|     Trustee | |

## ORDER

AND NOW, to wit this _____ day of _____ 2018 upon the Debtor's Motion to Avoid a Judicial Lien which impairs the Debtor's exemption;

And, the Debtor having asserted that the alleged lien arising from the judgment obtained in the Montgomery County Court of Common Pleas , case number 2014-02978, entered as stated in the Motion is subject to avoidance pursuant to 11 U.S.C. §522(f).

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien, held by the Respondent, on Debtor's real property, **825 Sunnyside Avenue, Norristown, PA 19403**, is **AVOIDED**.

It is further **ORDERED** that Proof of Claim Number Two (2) shall be stricken, to the extent it purports to be a secured debt.   Claim Number Two (2) shall be deemed as a general unsecured debt.

BY THE COURT:

_____
Hon. Eric L. Frank
U.S. BANKRUPTCY CHIEF JUDGE