# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Robert J. Waldron, Jr.** | : Chapter 13 |
|     Debtor | : |
| | : Bankruptcy No. 17-16763-ELF |
| **Robert J. Waldron, Jr.** | : |
|     Movant | : Motion to Avoid Judicial Lien |
| | : |
| v. | : |
| | : |
| **Unifund CCR, LLC** | : |
|     Respondent | : |
| | : |
| **William C. Miller, Esq.** | : |
|     Trustee | |

## ORDER

AND NOW, to wit this 8th day of June 2018 upon the Debtor's Motion to Avoid a Judicial Lien which impairs the Debtor's exemption;

And, the Debtor having asserted that the alleged lien arising from the judgment obtained in the Montgomery County Court of Common Pleas, case number 2014-02978, entered as stated in the Motion is subject to avoidance pursuant to 11 U.S.C. §522(f).

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien, held by the Respondent, on Debtor's real property, **825 Sunnyside Avenue, Norristown, PA 19403**, is **AVOIDED**.

It is further **ORDERED** that Proof of Claim Number Two (2) is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**