United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16763-elf
Robert J. Waldron, Jr.                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1           Date Rcvd: Jun 08, 2018
                            Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
```
db            +Robert J. Waldron, Jr.,    825 Sunnyside Avenue,    Norristown, PA 19403-1822
14005818      +Unifund CCR Partners,    10625 Techwoods Circlle,    Cincinnati, OH 45242-2846
14002399      #Unifund CCR, LLC,    Remit Corporation,    c/o Eastern Revenue, Incorporated,
                998 Old Eagle School Road, Suite 1204,    Wayne, PA 19087-1805
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:50      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:48      PA Department of Revenue,
                Bankruptcy Division PO Box 280946,    Harrisburg PA 17128-0946
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:20      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
```
              BRANDON J. PERLOFF    on behalf of Debtor Robert J. Waldron, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Robert J. Waldron, Jr.** | : Chapter 13 |
|     Debtor | : |
| | : Bankruptcy No. 17-16763-ELF |
| **Robert J. Waldron, Jr.** | : |
|     Movant | : Motion to Avoid Judicial Lien |
| | : |
| v. | : |
| | : |
| **Unifund CCR, LLC** | : |
|     Respondent | : |
| | : |
| **William C. Miller, Esq.** | : |
|     Trustee | |

### ORDER

AND NOW, to wit this 8th day of June 2018 upon the Debtor's Motion to Avoid a Judicial Lien which impairs the Debtor's exemption;

And, the Debtor having asserted that the alleged lien arising from the judgment obtained in the Montgomery County Court of Common Pleas, case number 2014-02978, entered as stated in the Motion is subject to avoidance pursuant to 11 U.S.C. §522(f).

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien, held by the Respondent, on Debtor's real property, **825 Sunnyside Avenue, Norristown, PA 19403**, is **AVOIDED**.

It is further **ORDERED** that Proof of Claim Number Two (2) is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim.

    **Order entered by default.**

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**