IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT J. WALDRON, JR.
DONNA WALDRON (NON-FILING CO-DEBTOR)
        Debtors

CHAPTER 13

BK. No. 17-16763 ELF

## ORDER

AND NOW, this is 2nd day of July, 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 84) is hereby approved

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**