**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Robert J. Waldron, Jr.

Debtor(s).

13

Bky No. 17-16763 - ELF

**ORDER**

  **AND NOW,** this 14th day of August 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after a hearing, it is hereby

  **ORDERED** that counsel fees in the amount $6,400.00 less $1,427.00 already paid with a remaining balance of $4,973.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**