United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert J. Waldron, Jr.
    Debtor

Case No. 17-16763-elf
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Aug 15, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db            +Robert J. Waldron, Jr.,   825 Sunnyside Avenue,   Norristown, PA 19403-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
      BRANDON J. PERLOFF    on behalf of Debtor Robert J. Waldron, Jr. bperloff@kminjurylawyers.com,
       kmecf1429@gmail.com
      CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
       Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
      JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Robert J. Waldron, Jr.

13

Bky No. 17-16763 - ELF

Debtor(s).

**ORDER**

**AND NOW,** this 14th day of August 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after a hearing, it is hereby

**ORDERED** that counsel fees in the amount $6,400.00 less $1,427.00 already paid with a remaining balance of $4,973.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**