WWR# 040577233

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. WALDRON, JR.,<br>　　　　　　　　Debtor | CASE NO. 17-16763-ELF<br>CHAPTER 13 |
| CITIZENS BANK, N.A.,<br>　　　　　　　　Movant | **Hearing Date: 3/31/2020**<br>**Hearing Time: 9:30 a.m.** |

REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtors produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 1/16/2018 through 2/16/2020, was tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　/s/ Nathalie Paul
　　　　　　　　　　　　　　　　Nathalie Paul, PA Bar No. 309118
　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　170 S. Independence Mall W., Suite 874W
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　267-940-1643
　　　　　　　　　　　　　　　　npaul@weltman.com