WWR# 040577233

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. WALDRON, JR.,<br>                Debtor | CASE NO. 17-16763-ELF<br>CHAPTER 13 |
| CITIZENS BANK, N.A.,<br>                Movant | **Hearing Date: 3/31/2020**<br>**Hearing Time: 9:30 a.m.** |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, has failed to make the post-petition payments that were due to Movant on the dates listed below and in the amounts listed below:

   (b) One (1) monthly post-petition partial payment of $1,231.05, due on 1/16/2018.

   (c) One (1) monthly post-petition payment of $1,224.50, due on 2/16/2018.

   (d) One (1) monthly post-petition payment of $1,216.01, due on 3/16/2018.

   (e) One (1) monthly post-petition payment of $1,253.80, due on 4/16/2018.

   (f) One (1) monthly post-petition payment of $1,240.65, due on 5/16/2018.

   (g) One (1) monthly post-petition payment of $1,285.25, due on 6/16/2018.

   (h) One (1) monthly post-petition payment of $1,271.08, due on 7/16/2018.

   (i) One (1) monthly post-petition payment of $1,285.25, due on 8/16/2018.

   (j) One (1) monthly post-petition payment of $1,316.70, due on 9/16/2018.

   (k) One (1) monthly post-petition payment of $1,301.52, due on 10/16/2018.

   (l) One (1) monthly post-petition payment of $1,316.69, due on 11/16/2018.

   (m) One (1) monthly post-petition payment of $1,331.95, due on 12/16/2018.

   (n) One (1) monthly post-petition payment of $1,348.15, due on 1/16/2019.

   (o) One (1) monthly post-petition payment of $1,348.14, due on 2/16/2019.

   (p) One (1) monthly post-petition payment of $1,327.97, due on 3/16/2019.

   (q) One (1) monthly post-petition payment of $1,379.59, due on 4/16/2019.

   (r) One (1) monthly post-petition payment of $1,362.39, due on 5/16/2019.

   (s) One (1) monthly post-petition payment of $1,379.59, due on 6/16/2019.

(t)    One (1) monthly post-petition payment of $1,362.38, due on 7/16/2019.

(u)    One (1) monthly post-petition payment of $1,379.59, due on 8/16/2019.

(v)    One (1) monthly post-petition payment of $1,379.59, due on 9/16/2019.

(w)    One (1) monthly post-petition payment of $1,362.39, due on 10/16/2019.

(x)    One (1) monthly post-petition payment of $1,348.14, due on 11/16/2019.

(y)    One (1) monthly post-petition payment of $1,301.52, due on 12/16/2019.

(z)    One (1) monthly post-petition payment of $1,285.25, due on 1/16/2020.

(aa)    One (1) monthly post-petition payment of $1,284.47, due on 2/16/2020.

Respectfully Submitted

/s/ Nathalie Paul
Nathalie Paul, PA Bar No. 309118
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
267-940-1643
npaul@weltman.com