WWR# 040577233

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. WALDRON, JR.,<br>                    Debtor<br><br>CITIZENS BANK, N.A.,<br>                    Movant | CASE NO. 17-16763-ELF<br>CHAPTER 13<br><br>Related to Doc. No.: 102<br>**Hearing Date: 3/31/2020**<br>**Hearing Time: 9:30 a.m.** |

**STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY**

      Now this _____ day of _____, 2020. Upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and upon statements of counsel, the evidence and

      This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 825 Sunnyside Avenue, Norristown, PA 19403 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor make four (4) lump sum payments in the amount of $5,000 due on the first of each month beginning with April 1, 2020 and ending on July 1, 2020, for a total amount of $20,000.00 (the "Lump Sum Period"). In addition to payments during the Jump Sum Period, Debtor will make 12 monthly payments of $1,369.20 on the first of each month beginning with April 1, 2020 and ending on March 1, 2021, for a total amount of $16,430.37 (the "Cure Period"). The Lump Sum Period and Cure Period will address Movant's arrears totaling $36,430.37 ($35,374.37 arrears and $1,056.00 attorney's fees/costs). Regular payments are due to Movant on or before the 16th day of each month, beginning with the April 16, 2020 payment in the amount of $1,284.05.

      Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Movant.

                                                                                   Honorable Eric L. Frank
                                                                                    United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Nathalie Paul<br>Attorney for Movant<br>Nathalie Paul, PA Bar No. 309118<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | /s/ Brandon J Perloff<br>Attorney For Debtor<br>Brandon J Perloff<br>1429 Walnut Street, Suite 701<br>Philadelphia, PA 19102 | _____<br>For Trustee William C. Miller<br>P.O. Box 1229<br>Philadelphia, PA 19105 |