United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 17-16763-elf
Robert J. Waldron, Jr.                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Apr 02, 2020
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db        +Robert J. Waldron, Jr.,    825 Sunnyside Avenue,    Norristown, PA 19403-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
        BRANDON J PERLOFF    on behalf of Debtor   Robert J. Waldron, Jr. bperloff@kmfirm.com,
         kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
        CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
         Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
        JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
        NATHALIE PAUL    on behalf of Creditor   CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com,
         PitEcf@weltman.com
        REBECCA ANN SOLARZ    on behalf of Creditor   LoanCare LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                 TOTAL: 10

WWR# 040577233

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. WALDRON, JR.,<br>                  Debtor | CASE NO. 17-16763-ELF<br>CHAPTER 13<br><br>Related to Doc. No.: 102<br>**Hearing Date: 3/31/2020**<br>**Hearing Time: 9:30 a.m.** |
| CITIZENS BANK, N.A.,<br>                  Movant | |

**O R D E R**

Now this  2nd  day of  April , 2020. upon consideration of the parties' Stipulation, it is hereby ORDERED that:

1. The continuation of the automatic stay as to Citizens Bank N.A. ("MOvant"0 is **CONDITIONED** on the Debtor making four (4) lump sum payments in the amount of $5,000 due on the first of each month beginning with April 1, 2020 and ending on July 1, 2020, for a total amount of $20,000.00 (the "Lump Sum Period"). In addition to payments during the Jump Sum Period, Debtor will make 12 monthly payments of $1,369.20 on the first of each month beginning with April 1, 2020 and ending on March 1, 2021, for a total amount of $16,430.37 (the "Cure Period"). The Lump Sum Period and Cure Period will address Movant's arrears totaling $36,430.37 ($35,374.37 arrears and $1,056.00 attorney's fees/costs). Regular payments are due to Movant on or before the 16th day of each month, beginning with the April 16, 2020 payment in the amount of $1,284.05.

2. Should the Debtor default in any payment, the Movant may send notice to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel may file a Certificate of Default with the Court and a proposed Order requesting relief from the automatic stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Movant.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**