*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Waldron, Jr.
    Debtor(s)

Case No: 17−16763−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA Filed by Robert J. Waldron Jr.

    on: 6/30/20

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/18/20

Timothy B. McGrath
Clerk of Court

112 − 111
Form 167