United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J. Waldron, Jr.  
    Debtor

Case No. 17-16763-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 18, 2020  
                     Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
db        +Robert J. Waldron, Jr.,    825 Sunnyside Avenue,    Norristown, PA 19403-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
      BRANDON J PERLOFF    on behalf of Debtor Robert J. Waldron, Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com  
      CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us  
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      NATHALIE  PAUL    on behalf of Creditor    CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com, pitecf@weltman.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    LoanCare LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                   TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Waldron, Jr.
    Debtor(s)

Case No: 17−16763−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA Filed by Robert J. Waldron Jr.

on: 6/30/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/18/20

Timothy B. McGrath
Clerk of Court

112 − 111
Form 167