**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 |
| **Robert J. Waldron** | : | |
| Debtor. | : | Bky No. 17-16763-elf |

## PRAECIPE TO WITHDRAW RESPONSE

TO THE CLERK OF COURTS:

Kindly withdraw the Debtor's Response to Citizen Bank NA's Certification of Default, filed on 6/18/2020 (Doc #111).   Thank you.

Respectfully submitted,

Date: 7/13/2020

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
415 S. Broad Street, Unit 2R
Philadelphia, PA 19147
215-287-4231
bperloff@perlofflaw.com