Case 17-16763-elf DRAFT ORDER - OM 115 00-04.06.20

WWR# 040577233

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT J. WALDRON, JR.,
                        Debtor

CITIZENS BANK, N.A.,
                        Movant

CASE NO. 17-16763-ELF
CHAPTER 13

Related to Doc. No.: 108

## ORDER

AND NOW, this __14th__ day of __July__, 2020, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on April 2, 2020, notice of such default having been provided to Debtor in accordance with such Stipulation, it is hereby

**ORDERED** that:

the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** to allow the above-captioned Movant to exercise any and all of its *in rem* remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 825 Sunnyside Avenue, Norristown, PA 19403**.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**