United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16763-elf
Robert J. Waldron, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jul 14, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db            +Robert J. Waldron, Jr.,    825 Sunnyside Avenue,    Norristown, PA 19403-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Robert J. Waldron, Jr. bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              NATHALIE PAUL    on behalf of Creditor    CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com,
               pitecf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanCare LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

WWR# 040577233

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. WALDRON, JR.,<br>                Debtor<br><br>CITIZENS BANK, N.A.,<br>                Movant | CASE NO. 17-16763-ELF<br>CHAPTER 13<br><br>Related to Doc. No.: 108 |

**ORDER**

AND NOW, this 14th day of July, 2020, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on April 2, 2020, notice of such default having been provided to Debtor in accordance with such Stipulation, it is hereby **ORDERED** that:

the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** to allow the above-captioned Movant to exercise any and all of its *in rem* remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 825 Sunnyside Avenue, Norristown, PA 19403.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**