**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Robert J. Waldron, Jr.<br>　　　　　Debtor<br>　　　and<br><br>　Thomas Cunningham, Carolyn Cunningham, Elizabeth A. Walsh, Elizabeth A. Walsh, Donna M. Waldron, and Mary T. Kane<br><br>　　　　　Co-Debtors<br><br>LoanCare, LLC, or its Successor or Assignee<br>　　　　　Movant<br>　　　vs.<br><br>WILLIAM C. MILLER, Esq.<br>Robert J. Waldron, Jr.<br>Thomas Cunningham, Carolyn Cunningham, Elizabeth A. Walsh, Elizabeth A. Walsh, Donna M. Waldron, and Mary T. Kane<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 17-16763-elf |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Lauren M. Moyer, attorney for LoanCare, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 25, 2021

| | | |
|---|---|---|
| Robert J. Waldron, Jr.<br>825 Sunnyside Avenue<br>Norristown, PA 19403 | Brandon J. Perloff<br>315 North 12th Street<br>Ste 204<br>Philadelphia, PA 19107 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 |
| Thomas Cunningham<br>3245 Bay Avenue<br>Ocean City, NJ 08226 | Carolyn Cunningham<br>3245 Bay Avenue<br>Ocean City, NJ 08226 | Elizabeth A. Walsh<br>3245 Bay Avenue<br>Ocean City, NJ 08226 |
| Elizabeth A. Walsh<br>3245 Bay Avenue<br>Ocean City, NJ 08226 | Mary T. Kane<br>3245 Bay Avenue<br>Ocean City, NJ 08226 | Donna M. Waldron<br>3245 Bay Avenue<br>Ocean City, NJ 08226 |

　　　　　　　　　　　/s/ Lauren M. Moyer, Esquire
　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　　JAMES FRENCH, ESQUIRE ID # 319597
　　　　　　　　　　　JOHN M. KOLESNIK, ESQUIRE ID # 308877
　　　　　　　　　　　Attorney for LoanCare, LLC
　　　　　　　　　　　123 South Broad Street, Suite 1400

Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com