United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert J. Waldron, Jr.  
    Debtor

Case No. 17-16763-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 29, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14016082 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRANDON J PERLOFF | on behalf of Debtor Robert J. Waldron  Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| LAUREN MOYER | on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com |
| NATHALIE PAUL | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com  pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16763-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert J. Waldron, Jr.
825 Sunnyside Avenue
Norristown PA 19403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/27/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/31/21

Tim McGrath
**CLERK OF THE COURT**