United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-16763-elf
Robert J. Waldron, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 31, 2022     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14594019 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jun 01 2022 03:38:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRANDON J PERLOFF | on behalf of Debtor Robert J. Waldron  Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: trc | Total Noticed: 1 |

ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

NATHALIE PAUL
on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com pitecf@weltman.com

REBECCA ANN SOLARZ
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT DAVID FINK
on behalf of Creditor Citizens Bank N.A. sfink@weltman.com

THOMAS SONG
on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16763-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert J. Waldron, Jr.
825 Sunnyside Avenue
Norristown PA 19403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/30/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/22

Tim McGrath
**CLERK OF THE COURT**