Certificate Number: 12433-PAE-DE-036932060

Bankruptcy Case Number: 17-16763



12433-PAE-DE-036932060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2022, at 5:34 o'clock PM EDT, Robert J. Waldron, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 26, 2022     By: /s/Candace Jones

Name: Candace Jones

Title: Counselor