United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J. Waldron, Jr.  
    Debtor

Case No. 17-16763-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 15, 2022      Form ID: 138OBJ      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Waldron, Jr., 825 Sunnyside Avenue, Norristown, PA 19403-1822 |
| 14017921 | + | Aquila, 44 Tehama Street, San Francisco, CA 94105-3110 |
| 14336193 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13997832 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13993492 | + | Donna Marie Waldron, 825 Sunnyside Ave, Audobon, PA 19403-1822 |
| 13993491 | + | Donna Marie Waldron, 825 Sunnyside Avenue, Norristown, PA 19403-1822 |
| 13993493 | + | Donna Waldron, 825 Sunnyside Avenue, Norristown, PA 19403-1822 |
| 14005805 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14580633 | + | LoanCare, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14580766 | + | LoanCare, LLC, c/o Loan M. Moyer, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13993499 | | Mary Luise Eubank, 4 War Admiral Ln, Media, PA 19063-5237 |
| 13993502 | | Pennsylvania Dept. of Revenue, PO BOX 280948, HARRISBURG PA 17128-0948 |
| 13993503 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13993504 | + | Pressler and Pressler, LLP, Ralph Gulko, Esq., 508 Prudential Rd, SUite 200-B, Harsham, PA 19044-2309 |
| 14069643 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 13993507 | + | Town & Country Improvements, LLC, 825 Sunnsyside Ave, Norristown, PA 19403-1822 |
| 14002399 | | Unifund CCR, LLC, Remit Corporation, c/o Eastern Revenue, Incorporated, 998 Old Eagle School Road, Suite 1204, Wayne, PA 19087-1805 |
| 13993509 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14565971 | + | Wells Fargo Bank, NA, Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13993486 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:18 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13993489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2022 00:27:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14666476 | + | Email/Text: BKRMailOps@weltman.com | Dec 16 2022 00:27:00 | CITIZENS BANK N.A, c/o Weltman, Weinberg & Reis Co. L.P.A, 965 Keynote Cirlce, Cleveland, OH 44131-1829 |
| 14005791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Capital One Bank, 4851 Cox Road, Glenn Allen, VA 23060-6293 |
| 14005792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-16763-elf    Doc 143    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14044671 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:09 | Capital One Bank, NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| | | | Dec 16 2022 00:28:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13993488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:18 | Citi Bank, PO Box 9001007, Louisville, KY 40290-1007 |
| 14666614 | + | Email/Text: BKRMailOps@weltman.com | Dec 16 2022 00:27:00 | Citizens Bank NA, c/o Scott D Fink, Weltman Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 13993490 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2022 00:28:10 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 13993495 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2022 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14005793 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Chase Bank USA NA, 200 White Clay Center Drive, Newark, DE 19711 |
| 14005794 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Chase Bank/One, PO Box 15145, Wilmington, DE 19850 |
| 13993496 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2022 00:27:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14066982 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | LVNV Funding, LLC its successors and assigns as, assignee of OnDeck Account Receivables, Trust 2013-1 LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14067518 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14352547 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 16 2022 00:27:00 | LoanCare, LLC, P. O. Box 8068, Virginia Beach VA 23450-8068 |
| 13993498 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:17 | Lvnv Funding LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 13993497 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13993500 | + | Email/Text: bankruptcy@ondeck.com | Dec 16 2022 00:28:00 | On Deck Capital, Inc, 1400 BROADWAY, 25TH FLOOR, New York, NY 10018-5225 |
| 13993501 | + | Email/Text: bankruptcies@orangelake.com | Dec 16 2022 00:27:00 | Orange Lake/wilson Res, 8505 W Irlo Bronson Hwy, Kissimmee, FL 34747-8217 |
| 13993914 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 00:28:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14007988 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14594019 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 16 2022 00:27:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14694530 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 16 2022 00:27:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 13993505 | | Email/Text: bankruptcy@td.com | Dec 16 2022 00:27:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 14005818 | | Email/Text: bankruptcy@unifund.com | Dec 16 2022 00:27:00 | Unifund CCR Partners, 10625 Techwoods Circlle, Cincinnati, OH 45242 |
| 14034736 | | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:17 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14016082 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

|  |  |  | Dec 16 2022 00:28:22 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
|---|---|---|---|---|
| 14565638 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13993487 |  | Benmoore/mdlndstbk/gre |
| 14005790 |  | Benmoore/mdlndstbk/gre |
| 13993508 |  | Town and Country Improvement, LLC |
| 14005817 |  | Town and Country Improvement, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14005789 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14005796 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14005795 | *+ | Citi Bank, PO Box 9001007, Louisville, KY 40290-1007 |
| 14005797 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14005800 | *+ | Donna Marie Waldron, 825 Sunnyside Ave, Audobon, PA 19403-1822 |
| 14005799 | *+ | Donna Marie Waldron, 825 Sunnyside Avenue, Norristown, PA 19403-1822 |
| 14005801 | *+ | Donna Waldron, 825 Sunnyside Avenue, Norristown, PA 19403-1822 |
| 14005802 | *+ | Elizabeth A. Walsh, 1119 Bonair Road, Havertown, PA 19083-3212 |
| 14005803 | * | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14005804 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14005807 | *+ | Lvnv Funding LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 14005806 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14005808 | * | Mary Luise Eubank, 4 War Admiral Ln, Media, PA 19063-5237 |
| 14005809 | *+ | On Deck Capital, Inc, 1400 BROADWAY, 25TH FLOOR, New York, NY 10018-5225 |
| 14005810 | *+ | Orange Lake/wilson Res, 8505 W Irlo Bronson Hwy, Kissimmee, FL 34747-8217 |
| 14042867 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14005811 | * | Pennsylvania Dept. of Revenue, PO BOX 280948, HARRISBURG PA 17128-0948 |
| 14005812 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14005813 | *+ | Pressler and Pressler, LLP, Ralph Gulko, Esq., 508 Prudential Rd, SUite 200-B, Harsham, PA 19044-2309 |
| 14005814 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 14005815 | * | Tim Eubank, 4 War Admiral Ln, Media, PA 19063-5237 |
| 14005816 | *+ | Town & Country Improvements, LLC, 825 Sunnsyside Ave, Norristown, PA 19403-1822 |
| 14005819 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14005798 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 13993494 | ##+ | Elizabeth A. Walsh, 1119 Bonair Road, Havertown, PA 19083-3212 |
| 13993506 | ## | Tim Eubank, 4 War Admiral Ln, Media, PA 19063-5237 |

TOTAL: 4 Undeliverable, 24 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRANDON J PERLOFF
    on behalf of Debtor Robert J. Waldron Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOS A. KATSAOUNIS
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

NATHALIE PAUL
    on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com pitecf@weltman.com

SCOTT DAVID FINK
    on behalf of Creditor Citizens Bank N.A. sfink@weltman.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert J. Waldron, Jr.
    Debtor(s)

Case No: 17−16763−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/15/22

142 − 141
Form 138OBJ