United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-16763-mdc
Robert J. Waldron, Jr.   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 21, 2023      Form ID: 195      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J. Waldron, Jr., 825 Sunnyside Avenue, Norristown, PA 19403-1822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:28:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRANDON J PERLOFF
    on behalf of Debtor Robert J. Waldron Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 21, 2023 | Form ID: 195 | Total Noticed: 2 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOS A. KATSAOUNIS
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank N.A. mary@javardianlaw.com chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

NATHALIE PAUL
    on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA npaul@weltman.com pitecf@weltman.com

SCOTT DAVID FINK
    on behalf of Creditor Citizens Bank N.A. sfink@weltman.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Robert J. Waldron, Jr.                                                               : Case No. 17−16763−mdc
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 21, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

152
Form 195